**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FABIAN ORJUELA GUEVARA,<br>A# 243 069 644,<br><br>Petitioner,<br><br>v.<br><br>CRAIG A. LOWE, Warden of the Pike County Correctional Facility, et al.,<br><br>Respondents. | CIVIL ACTION NO. 3:26-cv-01845<br><br>(SAPORITO, J.) |

**ORDER**

AND NOW, this 26th day of August, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition (Doc. 1) is **GRANTED**;

2. The government shall either provide Orjuela Guevara with a constitutionally adequate individualized bond hearing **within twenty-one (21) days** after entry of this order or release Orjuela Guevara on his own recognizance, pursuant to 8 U.S.C. § 1226(a);

3. At this individualized bond hearing, the government shall bear the burden of proving by clear and convincing evidence that the petitioner's continued detention is necessary to prevent him from fleeing

or harming the community;

4. The respondent shall file a written notice of the outcome of this individualized bond determination by an immigration judge **within seven (7) days** after the date of the hearing;

5. The petitioner's motion for status conference (Doc. 6) is **DENIED as moot**; and

5. The clerk is directed to mark this case as **CLOSED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge