# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

FABIAN ORJUELA GUEVARA,
A# 243 069 644,

Petitioner,

v.

CRAIG A. LOWE, Warden of the Pike County Correctional Facility, et al.,

Respondents.

CIVIL ACTION NO. 3:26-cv-01845

(SAPORITO, J.)

## ORDER

On July 2, 2026, the petitioner, appearing through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. In this petition, Fabian Orjuela Guevara, a native and citizen of Colombia, challenged the legality of his pre-removal immigration detention without an individualized bond hearing under 8 U.S.C. § 1225(b)(2)(A). At the time of filing, Orjuela Guevara was being held in the custody of United States Immigration and Customs Enforcement ("ICE") at Pike County Correctional Facility, an ICE detention facility located in Pike County, Pennsylvania.

On September 24, 2026, the respondent filed a suggestion of

mootness, in which he reported that Orjuela Guevara had voluntarily departed the United States to Colombia and was no longer in ICE custody. Doc. 19. Because Orjuela Guevara "has received the relief he sought and is no longer in immigration detention pursuant to the grant of voluntary departure and his subsequent return" to Colombia, his habeas petition must be dismissed as moot. *Del Rio v. Green*, No. 16-8721, 2017 WL 4118965 (D.N.J. May 12, 2017); *see also Lindaastuty v. Att'y Gen.*, 186 Fed. App'x 294, 298 (3d Cir. 2006); *Audain v. Decker*, No. 3:12-CV-02301, 2013 WL 5656128, at *2 (M.D. Pa. Oct. 15, 2013).

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Our Amended Memorandum (Doc. 11) and Amended Order (Doc. 12) entered on September 16, 2026, are **VACATED**;

2. The petition (Doc. 1) is **DISMISSED as MOOT**; and

3. The Clerk is directed to mark this case as **CLOSED**.

Dated: September 28, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge